# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DUJUAN HARRISON,<br><br>         Defendant. | Case No. 19-CR-120-7-JPS<br><br><br><br>**ORDER** |

On November 5, 2019, the grand jury returned a nine-count indictment charging Defendant with three counts of armed robbery, drug trafficking, and unlawful possession of a firearm in violation of 18 U.S.C. §§ 2, 922(g)(1), 924(a)(2), 1951(a) and 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 846. (Docket #1). On March 6, 2020, the parties entered into an amended plea agreement as to Count Eight of the Indictment. (Docket #312).

The parties appeared before Magistrate Judge William E. Duffin on March 6, 2020 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #313). Defendant entered a plea of guilty as to Count Eight of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #314 at 1).

That same day, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 2. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #314) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge